IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR220 |
| | ) | |
| v. | ) | |
| | ) | |
| DERRICK STRICKLIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for sentence reduction (Filing No. 101), and the stipulation of the parties (Filing No. 111). Pursuant to the stipulation and the retroactive amendment to the cocaine base guideline, the Court finds the total (final) offense level should be adjusted from 33 to 31. The government and defense agree that the new sentence should be one hundred twenty-one (121) months imprisonment, based on the prior computation of specific offense characteristics, adjustments, and any departures. Accordingly,

IT IS ORDERED that said motion is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to a term of one hundred twenty-one (121) months. He shall receive credit for all time served. The

conditions of supervised release entered in the original judgment and committal order remain in full force and effect.  All other pending motions are denied as moot.

DATED this 15th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court