IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:02CR220 |
| | ) | |
| v. | ) | |
| | ) | |
| DERRICK STRICKLIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's application to proceed on appeal *in forma pauperis* (Filing No. 115). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's application to proceed on appeal *in forma pauperis* is granted.

DATED this 29th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court