IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:02CR220 |
| v. | ) | |
| DERRICK STRICKLIN, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant's oral application to have his sentence reduced to time served. The Court finds the application should be granted. Accordingly,

IT IS ORDERED that defendant's application to have his sentence reduced to time served is granted.

DATED this 20th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court