IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:02CR220 |
| vs. ) | |
| ) | ORDER |
| DERRICK URAYE STRICKLIN, ) | |
| Defendant. ) | |

     Defendant Derrick Uraye Stricklin (Stricklin) appeared before the court on February 11, 2013, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 177). Stricklin was represented by Denise E. Frost and the United States was represented by Assistant U.S. Attorney John E. Higgins. Through his counsel, Stricklin waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Stricklin should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

     The government moved for detention. At the time of the hearing, Stricklin was in the custody of Nebraska state authorities. The motion was held in abeyance pending Stricklin coming into federal custody. Stricklin waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Nebraska state authorities pending his dispositional hearing in these proceedings.

     **IT IS ORDERED**:

     A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m. on March 28, 2013.** Defendant must be present in person.

     DATED this 11th day of February, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge