IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )        8:02CR220
                                 )
         v.                      )
                                 )
DERRICK STRICKLIN,               )            ORDER
                                 )
              Defendant.         )
_____ )
```

This matter is before the Court on defendant's motion to continue hearing (Filing No. 198).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the final dispositional hearing on the report for warrant or summons for offender under supervision (Filing No. 177) is rescheduled for:

**Thursday, August 1, 2013, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 7th day of May, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court