IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DERRICK URAYE STRICKLIN,

Defendant.

**8:02CR220**

**ORDER**

This matter is before the Court on the defendant's Motion for Copies (Filing No. 213). The defendant is requesting a copy of his Presentence Investigation Report and the Retroactive Sentencing Worksheet prepared in his case.

IT IS ORDERED:

1. The defendant's Motion for Copies (Filing No. 213) is granted in part.

2. The Clerk's Office shall mail a copy of the Retroactive Sentencing Worksheet and a copy of this order to the defendant at his last known address. Defendant's request for a copy of his Presentence Investigation Report is denied.

Dated this 9th day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge